CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 28 2017

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DOUGLAS FAUCONIER, | ) |
| Plaintiff, | ) Civil Action No. 7:16CV301 |
| v. | ) **ORDER** |
| HAROLD CLARKE, et al., | ) By: Hon. Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendants. | ) |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the defendants' motion for summary judgment is **GRANTED**.

The Clerk is directed to strike this case from the court's active docket. The Clerk is further directed to send copies of this order and accompanying memorandum opinion to the plaintiff and all counsel of record for the defendants.

ENTER: This 28th day of June, 2017.

_____
Chief United States District Judge